```
 1  JOSE C. ROJO SBN 196583
    LAW OFFICES OF JOSE C. ROJO
 2  3745 Fourth Ave.
    San Diego, CA 92103
 3  Telephone (619) 298-6522
    Facsimile (619) 298-7049
 4
    Attorney for Defendant
 5  FRANCISCO GARCIA RODRIGUEZ
 6
 7
                    UNITED STATES DISTRICT COURT
 8
                  SOUTHERN DISTRICT OF CALIFORNIA
 9
                              SAN DIEGO
10
11  UNITED STATES OF AMERICA,     )   CASE NO.   08 MJ 1721-LSP-2
                                  )
12              Plaintiff,        )
                                  )   SUBSTITUTION OF ATTORNEY
13                                )   AS TO FRANCISCO GARCIA
                                  )   RODRIGUEZ
14                                )
    FRANCISCO GARCIA RODRIGUEZ,   )
15                                )
                Defendant.        )
16                                )
17  _____)

18  Defendant FRANCISCO GARCIA RODDRIGUEZ hereby substitutes Jose C. Rojo as attorney
19  of record in place of Lisa Kay Baughman.
20
21  Dated: 6-4-08
                                      FRANCISCO GARCIA RODRIGUEZ
22
23  I consent to the above substitution.
24  Dated: 6/5/08
                                      LISA KAY BAUGHMAN
25
26
27  //
28
                                   1
```

1 | Above substitution accepted.

3 | Dated: June 4, 2008

_____
JOSE C. ROJO

6 | **IT IS SO ORDERED:**

8 | Dated:_____

HON. LEO S. PAPAS
MAGISTRATE JUDGE
**UNITED STATES DISTRICT COURT**