**FILED**
JUN 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>FRANCISCO GARCIA RODRIGUEZ,<br><br>            Defendant. | Case No. 08 MJ 1721-LSP-2<br><br>**ORDER**<br><br>Date: June 6, 2008<br><br>Hon. Leo S. Papas |

THIS SUBSTITUTION OF ATTORNEY having been filed in the court with the signatures of counsel and the defendant, is approved.

THE COURT HEREBY ORDERS that JOSE C. ROJO is counsel of record for defendant FRANCISCO GARCIA RODRIGUEZ.

**IT IS SO ORDERED:**

Dated: June 6, 2008

_____
HON. LEO S. PAPAS
MAGISTRATE JUDGE
**UNITED STATES DISTRICT COURT**

1