UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO GARCIA,<br><br>Defendant. | No. 08-CR-1971<br><br>ORDER FOR MODIFICATION OF BOND |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the criminal bond for Francisco Garcia in the above entitled case be modified as follows. Condition 11 added to the existing Bond on 6/19/08. Condition 11 states that Titles for two vehicles with a value of 5000. Dollars each shall be deposited with the court. Condition 11 shall be deleated. All other conditions to remain as set.

**SO ORDERED.**

Dated: 9/5/08

_____
LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE